**No. 10-9053. Simon Serrato Mancera, Petitioner v. United States.**

564 U.S. 1022, 131 S. Ct. 3025, 180 L. Ed. 2d 852, 2011 U.S. LEXIS 4665.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 401 Fed. Appx. 977.

**No. 10-9085. Kerry Spencer, Petitioner v. Alabama.**

564 U.S. 1022, 131 S. Ct. 3026, 180 L. Ed. 2d 852, 2011 U.S. LEXIS 4719,

June 20, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 58 So. 3d 215.

**No. 10-9399. Brandon Dineshu Begay, aka Brandon Dineshe Begay, Petitioner v. United States.**

**No. 10-9420. Ozzy Carl Watchman, Petitioner v. United States.**

564 U.S. 1023, 131 S. Ct. 3026, 180 L. Ed. 2d 852, 2011 U.S. LEXIS 4627.

June 20, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same cases below, 622 F.3d 1187.

**No. 10-9514. Scott Louis Panetti, Petitioner v. Texas.**

564 U.S. 1023, 131 S. Ct. 3027, 180 L. Ed. 2d 852, 2011 U.S. LEXIS 4647.

June 20, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 326 S.W.3d 615.

**No. 10-9516. Nakia Pettus, Petitioner v. United States, et al.**

564 U.S. 1023, 131 S. Ct. 3027, 180 L. Ed. 2d 852, 2011 U.S. LEXIS 4710,

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 10-9617. Monika Lukasiewicz-Kruk, Petitioner v. Greenpoint YMCA, et al.**

564 U.S. 1023, 131 S. Ct. 3027, 180 L. Ed. 2d 852, 2011 U.S. LEXIS 4698.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 404 Fed. Appx. 519.

**No. 10-10012. Adrian Marion Smith, Petitioner v. City of Aiken, South Carolina, Public Works, et al.**

564 U.S. 1023, 131 S. Ct. 3028, 180 L. Ed. 2d 852, 2011 U.S. LEXIS 4745.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 409 Fed. Appx. 665.